UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINE SUZANNE NEY, | | |
| Petitioner, | 1:08-CV-00019 AWI GSA HC | |
| vs. | NEW CASE NUMBER | |
| DOYLE BLANEY, et al., | | |
| Respondents. | ORDER OF TRANSFER | |

Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner challenges a conviction from Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division. Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. All future pleadings shall reference the new case number and be

1

filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

Good cause appearing: IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

IT IS SO ORDERED.

Dated: **January 28, 2008**           /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

2